IN THE UNITED STATES DISTRICT COURT **FILED**

FOR THE SOUTHERN DISTRICT OF ILLINOIS **OCT 16 2013**

STEPHEN C. WILLIAMS
U.S. MAGISTRATE JUDGE
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NUMBER  13-mj-7091 |
| | ) | |
| Carl F. Kieffer | ) | |
| | ) | Title 18, United States Code |
| | ) | Section 2113(a) |
| Defendant. | ) | |

## CRIMINAL COMPLAINT

I, Daniel D. Cook, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief:

### COUNT 1

### BANK ROBBERY

On or about October 15, 2013, in St. Clair County, Illinois, within the Southern District of Illinois,

### CARL F. KIEFFER,

defendant herein, by force, violence, and intimidation, did take from the person or presence of another, money belonging to and in the care, custody, control, management, and possession of Bank of O'Fallon, a bank whose accounts of which are insured by the Federal Deposit Insurance Corporation. All in violation of Title 18, United States Code, Section 2113(a).

### AFFIDAVIT

Your affiant, Daniel D. Cook, after being duly sworn, does hereby state that he is a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and has been so employed for

three and a half years, and as such, is vested with the authority to investigate violations of Federal laws, including Titles 18 and 21 of the United States Code. Your affiant also has six years prior Federal law enforcement experience as a United States Postal Inspector and six years prior state law enforcement experience as a municipal Police Officer for the City of Lincoln, Nebraska. Your affiant is currently assigned to the Springfield Division of the FBI, Fairview Heights, Illinois Resident Agency and has primary investigative responsibilities for violent and drug crimes occurring in the Southern District of Illinois.

The statements contained in this affidavit are based on the investigation of your Affiant, as well as information derived from reports and interviews of the law enforcement officers and witnesses named herein. In support of this Complaint, your Affiant states as follows:

1)      On October 15, 2013, at approximately 11:15 a.m., a white male described as tall, thin, with thinning brown hair, entered the Bank of O'Fallon, in O'Fallon, Illinois, through the customer entrance and exit doors. The Bank of O'Fallon is located in St. Clair County within the Southern District of Illinois.

2)      Upon entering the bank, the tall, thin, white male walked over to a customer counter where the bank deposit and withdrawal slips are kept. Bank teller N.H. told your Affiant she observed the tall, thin, white male writing something on what appeared to be either a bank deposit or withdrawal slip. The tall, thin, white male then approached bank teller N.H. carrying a manila folder with him. When the tall, thin, white male reached bank teller N.H.'s teller counter station he showed the manila folder to bank teller N.H. Written on the manila folder were the words "no dye packs" and something about having a gun or a weapon.

3)      Bank teller N.H. said the tall, thin, white male said he wanted $100, $50, and $20

2

bills. The tall, thin, white male pointed his finger and raised his thumb gesturing as if he had a handgun. Bank teller N.H. told your Affiant she was scared. Bank teller N.H. opened the teller counter drawer and gave the tall, thin, white, male United States currency from the teller counter drawer. After giving the tall, thin, white male United States currency from the teller counter drawer the tall, thin, white male then asked about a second teller counter drawer. Bank teller N.H. then opened a second teller counter drawer and placed cash strapped $1 dollar bills on the teller counter. The tall, thin, white male said he did not want $1 bills. The tall, thin, white male walked away from the teller counter and then exited the bank through the customer entrance and exit doors.

4)      At least one other bank employee witnessed what was going on at bank teller N.H.'s teller counter station and pushed a silent hold-up alarm button. After the tall, thin, white male exited the bank, the customer entrance and exit doors were locked and the police were called.

5)      After the bank robbery, a law enforcement dispatch radio notification was broadcast providing law enforcement officers with a notification of the bank robbery at the Bank of O'Fallon and a description of the tall, thin, white male bank robbery suspect.

6)      O'Fallon Police Detectives were responding to the Bank of O'Fallon in an unmarked police vehicle. Driving in the opposite direction of the Bank of O'Fallon was a blue / green Pontiac Grand Prix driven by a lone white male. The blue / green Pontiac Grand Prix had a temporary tag and no license plate(s) affixed to the vehicle. The O'Fallon Police Detectives turned around and followed the blue / green Pontiac Grand Prix. After a short distance the O'Fallon Police Detectives activated the emergency lights on their unmarked police vehicle.

3

The blue / green Pontiac Grand Prix did not stop and accelerated away from the O'Fallon Police Detectives.

7)    The O'Fallon Police Detectives followed the blue / green Pontiac Grand Prix, occasionally losing sight of the blue / green Pontiac Grand Prix. The O'Fallon Police Detectives used their police radio to notify other law enforcement officers of the fleeing blue / green Pontiac Grand Prix and what their location was.

8)    Upon hearing the O'Fallon Police Detectives radio transmissions concerning the fleeing blue / green Pontiac Grand Prix, other law enforcement officers responded to the area. A Belleville Police Officer observed the blue / green Pontiac Grand Prix abandoned in a cornfield near the intersection of Smelting Works Road and Corporate Drive in Swansea, Illinois. Law enforcement officers conducted a search of the cornfield and found hiding in the cornfield, approximately a quarter of a mile away from the abandoned blue / green Pontiac Grand Prix, was a tall, thin, white male, identified as Carl F. Kieffer, date of birth July 13, 1964. Found in Kieffer's pocket was a "wad" of United States currency.

9)    Kieffer was transported to the O'Fallon Police Department. Your Affiant made contact with Kieffer and identified himself as a FBI Special Agent to Kieffer. After waiving his Miranda rights, Kieffer provided a statement to your Affiant and to other law enforcement officers.

10)    Kieffer stated on Tuesday, October 15, 2013, he entered the Bank of O'Fallon and presented a demand note written on a manila folder to a bank teller. Kieffer said he demanded money from the bank teller. Kieffer said after the bank teller gave him United States currency he exited the Bank of O'Fallon. Kieffer said he got into a Pontiac Grand Prix and

4

drove away from the bank. Shortly after driving away from the bank, Kieffer said a police car activated its emergency lights behind his car. Kieffer did not stop and fled from the police car. Kieffer said while fleeing from the police car he drove the Pontiac Grand Prix into a cornfield. Kieffer exited the Pontiac Grand Prix and he hid in the cornfield until he was apprehended by police officers.

11)     A computer database check of Kieffer's name and date of birth indicated Kieffer had outstanding arrest warrants for bank robbery. Kieffer admitted to your Affiant he committed six bank robberies (total) in the States of Wyoming, Ohio, Michigan, and Illinois prior to robbing the Bank of O'Fallon on October 15, 2013.

12)     Kieffer provided written consent to search the blue / green Pontiac Grand Prix. Found inside the blue / green Pontiac Grand Prix were blank manila folders and a Bank of O'Fallon SAVINGS WITHDRAWAL slip with the handwritten words "I HAVE GUN 100s 50s 20s ON SHIT."

13)     As a result of the bank robbery, the Bank of O'Fallon reportedly suffered a loss of $3330 in United States currency. All of the United States currency has been recovered. At the time of the bank robbery, your affiant confirmed the Bank of O'Fallon was insured by the Federal Deposit Insurance Corporation (FDIC).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DANIEL D. COOK,
Special Agent, Federal Bureau of Investigation

5

State of Illinois            )
                             )    SS.

County of St. Clair       )

Sworn to before me and subscribed in my presence on the 16th day of October 2013, at East St. Louis, Illinois.

_____
STEPHEN C. WILLIAMS
United States Magistrate Judge

STEPHEN R. WIGGINTON
United States Attorney

Deirdre Durborow
Assistant United States Attorney